DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER LASSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-00002-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date: January 29, 2007 |
| ) | Time: 2:00 p.m. |
| CHRISTOPHER LASSEN, ) | Judge: Gregory G. Hollows |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, CHRISTOPHER LASSEN, by and through his counsel TARA I. ALLEN of the Federal Defenders Office, stipulate that the court trial set for March 27, 2007 at 10:00 a.m. be vacated and a change of plea/judgment and sentencing

/ / /

/ / /

/ / /

/ / /

1  hearing be set for Monday, January 29, 2007 at 2:00 p.m.
2  Dated: January 25, 2007
3                                          Respectfully submitted,
4
                                            DANIEL J. BRODERICK
5                                           Federal Defender
6                                           /s/ Tara I. Allen
                                            _____
7                                           TARA I. ALLEN
                                            Staff Attorney
8                                           Attorney for Defendant
                                            MICHEAL PETERS
9
10
   Dated:  January 25, 2007                 MCGREGOR W. SCOTT
11                                          United States Attorney
12                                          /s/ Matthew Stegman
                                            _____
13                                          MATTHEW STEGMAN
                                            Assistant U.S. Attorney
14
                              **O R D E R**
15
16      IT IS HEREBY ORDERED that a change of plea/judgment and sentencing
17 hearing will be set for Monday, January 29, 2007 at 2:00 p.m.
18      IT IS SO ORDERED.
19
20 Dated:1/29/07                             /s/ Gregory G. Hollows
                                            _____
21                                          GREGORY G. HOLLOWS
                                            United States Magistrate Court
22
   lassen.ord
23
24
25
26
27
28

                                    2