MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
JUSTIN W. DERSCH
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-07-002 GGH |
| Plaintiff, | PROBATION REVOCATION PETITION, NOTICE OF HEARING, AND |
| v. | ORDER |
| CHRISTOPHER M. LASSEN, | DATE: February 25, 2008<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Gregory G. Hollows |

On January 29, 2007, the defendant, CHRISTOPHER M. LASSEN, pled guilty, pursuant to a plea agreement, to an information charging him with unlawfully entering military property, in violation of Title 18, United States Code, Section 1382. CHRISTOPHER M. LASSEN was given the following sentence by United States Magistrate Judge Gregory G. Hollows:

    1.    Pay a two hundred fifty ($250) dollar fine, due within twelve months of judgment and sentencing, as well as the mandatory ten ($10) dollar special assessment; and,

    2.    A term of court probation of one (1) year, to terminate upon full payment of the fine and special assessment.

1

The United States alleges that the defendant has violated these conditions as follows:

    1. The defendant has not made any payments toward the imposed fine and special assessment.

The United States therefore petitions the Court to place this matter on its calendar for 9:00 a.m. on February 25, 2008, to allow the defendant to show cause why the probation granted on January 29, 2007, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 28, 2008          Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By: /s/Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

It is Hereby Ordered that the defendant appear on February 25, 2008, at 9:00 a.m., to show cause why the probation granted on January 29, 2007, should not be revoked.

IT IS SO ORDERED.

Dated: January 30, 2008

GREGORY G. HOLLOWS
Hon. Gregory G. Hollows
United States Magistrate Judge